**DENY; and Opinion Filed June 3, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00606-CV

### IN RE JAMES H. GENTRY, Relator

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03888-2018**

## MEMORANDUM OPINION

Before Justices Brown, Schenck, and Reichek
Opinion by Justice Brown

In this original proceeding, relator seeks a writ of mandamus directing the trial court to rule on certain motions purportedly filed per the mailbox rule between February 20, 2019 and March 28, 2019. When a motion is properly filed and pending before a trial court, the act of giving consideration to and ruling upon that motion is a ministerial act, and mandamus may issue to compel the trial judge to act. *Safety–Kleen Corp. v. Garcia*, 945 S.W.2d 268, 269 (Tex. App.—San Antonio 1997, orig. proceeding). A trial court has no such duty to rule, however, on motions filed after the court's plenary power expires because the court no longer has jurisdiction over the case. *In re Cash*, No. 06–04–00045–CV, 2004 WL 769473, at *1 (Tex. App.—Texarkana Apr.13, 2004, orig. proceeding) (mem. op.) (" 'In general, ... [a trial court] does not have a duty to rule on free-floating motions unrelated to currently pending actions. In fact, it has no jurisdiction to rule on a motion when it has no plenary jurisdiction coming from an associated case.' ").

Here, the underlying case was dismissed and a final judgment signed on September 24, 2018, and the trial court's plenary power expired before relator mailed the motions at issue to the trial court for filing. Further, relator's appeal of the September 24 judgment is pending in this Court as cause number 05-18-01181-CV. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Ada Brown/
ADA BROWN
JUSTICE

190606F.P05